# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES A. SCHOLL,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:15-cv-01848-APG-NJK

**ORDER**

    Petitioner having submitted an unopposed motion for an enlargement of time (first request) (#12), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time (first request) (#12) is **GRANTED**. Petitioner will have through April 8, 2016, to file and serve an amended petition for writ of habeas corpus.

    Dated: February 5, 2016.

                                                    ANDREW P. GORDON
                                                    United States District Judge