UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES A. SCHOLL,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>D.W. NEVEN, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:15-cv-1848-APG-NJK<br><br>**ORDER**<br><br>(ECF No. 36) |

　　　Based on the Motion for Voluntary Dismissal (ECF No. 36) notifying the court of the death of Petitioner, the motion (ECF No. 36) is GRANTED and the Petition is hereby DISMISSED. The Clerk of Court is directed to CLOSE this case.

　　　Dated: April 19, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE